**FILED**

JAN 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AKUBE WUROMONI NDOROMO <br> P.O. Box 73755 <br> Washington, D.C. 20056 <br> Plaintiff: | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Vs. | ) Civil Action No. |
| UNTIED STATES OF AMERICA | ) <br> ) |
| **President: George W. Bush** <br> United States of America <br> 1600 Pennsylvania Avenue <br> Washington, D.C. 20530 | ) <br> ) <br> ) <br> ) |

```
CASE NUMBER  1:06CV00150

JUDGE: Emmet G. Sullivan

DECK TYPE: Civil Rights (non-employme

DATE STAMP: 01/30/2006
```

|  |  |
|---|---|
| **Attorney General: Alberto Gonzales** <br> Department of Justice <br> 950 Pennsylvania Avenue <br> Washington, D.C. 20530 | |
| **D. A. Kenneth L. Weinstein** <br> District Attorney for the District <br> of Columbia Department of Justice <br> 555 Fourth Street, N.W. <br> Washington, D.C. 20530 <br> Defendants: | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## VERIFIED COMPLAINT FOR THE VOICE OF SOCIAL CONCERN ASSOCIATION, INC., AND AKUBE WUROMONI NDOROMO FOR RESITITUTION OF $ 1,087, 910,29 AND COMPENSATION IN AMOUNT OF $373, 885 Million Under Federal Tort Claims Act 28 U.S. C. § 2680(C) (CAFRA 2000)

The Voice of Social Concern Association Inc., (VSCA) by and Akube Wuromoni

Ndoromo the president, Founder, and Executive Director of Voice of Social Concern

Association, Inc. (VSCA) in District of Columbia and Ndoromo Resident of the District

of Columbia states the following. President George W. Bush, Attorney General Alberto

Gonzales, and District of Columbia District Attorney Kenneth L. Weinstein authorizes

**RECEIVED**

DEC 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the government to robbed $1,087,910.29, in bank accounts of VSCA and Akube

Ndoromo Accounts in Bank of America and City Bank in violation of Federal Deposit

Insurance Act 12 U.S.C. §1813 (b) (1) (c), (3) (b) in reference to 18 U.S.C. §§ 1004,

1005 incorporated by 18 U.S.C. § 1001. The government also robbed automobiles and

properties of Mary Khangaa, Akube Ndoromo, Peter Lado and VSCA.

   1.  The government affidavits of the seize warrants were all false and proven

wrong beyond reasonable doubt by Akube Ndoromo in reference to CA Codes (pen: 118-

131), and 18 U.S.C. § 1001 incorporated by 18 U.S.C. § 1961 (1) in violation to Fourth

Amendment, incorporated by 18 U.S.C. § 982 (a) (1), (a) (7). There must be a conviction

in health care fraud that was when the court may impose sentence to search and seized

the traceable properties to the offense, but not funds. According to agents' affidavits of

supports for seize and search warrants; both agents intentionally, knowingly and willfully

lied under oath to obtain the seized warrants and search warrants, and sign by Magistrate

Judge John M. Facciola intentionally, willfully and knowingly committing perjury in

reference to CA Codes (pen: 118-131) incorporated by 18 U.S.C. § 1001, and that was

conspiracy to kill Akube Ndoromo so that no body will complain about the robbery in

reference to 18 U.S.C. § 2113, 2112, 2119, 2111 incorporated by § 1961 (1) the

Government intends was to rob Akube and VSCA funds. And intermediates, tortures and

threats towards those who government knew will follow the government robbery in

reference to 18 U.S.C. § 1961 (1), § 2340. United States Postal Inspector Brain Evans's

affidavit was about letters sent by mail and money laundry from account of VSCA to

another account of VSCA or from VSCA account to Akube Ndoromo accounts. By the

law, if the person is convicted reference to 18 U.S.C. § 982 (b) (2) in the course of the

2

money laundering offense and unless the defendant, in committing the offense or offenses giving rise to the forfeiture, conducted three or more separated transactions involving $100,000 or more in any twelve month period reference, again unless the "person is convicted" (1956, 1957, or 1960). But Brian J. Evans continues to lie about the mail while we used the mail sometimes like any Americans plus Brain J. Evans. For the accounts no body will tell Akube Ndoromo what to do and what not to do about his own money. If the U.S Postal Inspector involved based on checks sent in mails and 90% of the Americans received their checks by mail, otherwise Akube don't understand why U.S. Postal Inspector Brian Evans get involved in this case. Akube Ndoromo believe the Government involves U.S. Postal Inspector Brain Evans for Brain Evans's experience of robbery, killing, deception and torturing in reference to 18 U.S.C. §§ 2113, 2119, and § 2340,18 U.S.C. § 1961 (1). In violation of the following; 18 U.S.C §§ 986, 984, 983, 982, 981, 1956, 1957 or 1960. Because Brain Evans Affidavits of seize warrants is 99.99% false in reference to CA Codes (pen: 118-131) incorporated by 18 U.S.C. § 1001. Alton Malone's affidavits of seize warrants based on the Brain Evans false information as Health Care agent he minimize his perjury in reference to CA Codes (pen: 118-131) to 99.9%, incorporated by 18 U.S.C. § 1001.

**<u>Immediate Released Demanded on January 11, 2005</u>**

**2.** Akube asked if the computers and VSCA office worked should be left and agent Elton Malone told those who were stealing everything in Akube apartment to leave the computers and properties to an able the VSCA to operate, but the agents responded that all those stuff were already shifted. Since December 22, 2004, Akube and VSCA were trying to communicate to Linda Otani McKinney but she doesn't pick up the phone

or returning massages, but Akube talked to her once and she said "I can't discuses about this case". Akube and VSCA former counselor try to communicate to her, but she wasn't returning massages or picking phone. On January 11, 2005, Akube demanded immediate release of all the unconstitutional seized and the robbed funds. **The Government denied by saying on January 20, 2005, "The risk that property would be lost is almost certain since Mr. Ndoromo wants funds returned to pay employees and other creditors."** So it is clear that it was not about the law, but about robbery so the government was using policy of torturing the victims in reference to 18 U.S.C. § 2340, § 1961 (1). The VSCA and Mr. Ndoromo former counselor were negotiating the release of the funds automobiles and properties from Brian J. Evans which was supposed to take place on January 25, 2005, the agreement was VSCA and Mr. Ndoromo must give up fifty percent of the funds robbed. Akube Ndoromo told his former counselor that he doesn't negotiate with robbers or terrorist to split his own money. The government insulted back by responding to Akube's former counselor on January 21, 2005 by returning the rubbish they clean inside the cars, there were about $300.ᵒᵒ inside the Land Rover, it came as $13.86 cents only and Brian J. Evans kept the $300.ᵒᵒ. Akube and his former counselor were invited to justice department on January 26, 2005 for so called criminal investigation conducted by U.S. Assistant Attorney Robert Bowman. Linda McKinney was supposed to attend the investigation, as the investigation was progressing Linda McKinney wasn't showing up, Robert Bowman went to her office to call her to attend the investigation she decline. During the investigation there were; U.S. Assistant Attorney Robert Bowman, three special agents; Elton Malone, Brian Evans, and Regina Burris. This was a clear government pattern of torturing tactics after robbing the poor, the

weak and the black people to keep them below the poverty line; this time was Akube

Ndoromo and VSCA employees.

### Court Order's Government to reveal their Robbery

3. On April 5, 2005 the Government sent fake robbery warrants of accounts and

Affidavits of support for the warrants to rob Akube and VSCA while the funds were

robbed in reference to 18 USC § 2113 on December 21, 2004 and threatened the banks in

reference to 18 USC §1961 (1). Is these warrants are legitimate? Akube will say no

because the Government forged these warrants in reference to 18 U.S C § 470 due to the

court's orders of March 31, 2005. In fact Akube compared the warrants and the

signatures are from ready made signature. Un-answered questions remains that did the

Government forged these warrants? If the Government had warrants why not to serve

Akube and VSCA on December 22, 2004 in immediate day of robbery? The answer to

this question is because the Government was performing robbery in reference to 18

U.S.C. §§ 2113, 2112, 2119, and § 1961 (1) to Akube and banks, but caught by Akube

Ndoromo later. Akube Ndoromo obtained the original warrants from Magistrate judge

John M. Facciola on October 13, 2005. The warrants were kept under seal with an idea

that if Akube died the government will destroy the evidence. There are at least a

coordination of robbery between magistrate judge John M. Facciola and U.S. Attorney's

office: Linda O. McKinney, William R. Cowden, Eileen C. Mayer, Kenneth L. Weinstein

with three accomplishments special agents; Brian Evans, Elton Malone, and Regina

Burris these are the leaders associated with too many informants.

### Government construed the law to Rob

4. The government intentionally chose to engage in serious violations of our laws tell lies and false in reference to 18 U.S.C. § 1001, and CA Code (pen: 118-131) and to obtain false permits to rob in reference to 18 U.S.C § 2113, 2112. In this case the Government robs Akube and VSCA using FBI IDs, Federal agents badges, and guns to the banks to comply with their robbery in reference to 18 U.S.C. §§ 2113, 2112, 2119 incorporated by § 1961 (1). Matter of facts the Government warned the banks not to tell Akube about the disappearances of the funds. The banks comply with Akube Ndoromo request because Akube Ndoromo threatened the banks with law sues. Akube started receiving threats to quit following up his money and VSCA funds in six days in reference to 18 U.S.C. § 371 incorporated by 18 U.S.C. § 1961 (1). The government inform Akube and VSCA former attorney that they will; (1) depot Akube since he is not a citizen and that is not true. (2) They already deported many Africans that doesn't cooperate with their request and they risk lose everything and that is true (3) the VSCA will regain back the funds and business, and this is what is happening now.

### After the Robbery Day (December 21, 2004)

5. The robbery happened on December 21, 22, 2004 in reference to 18 U.S.C. § 2113, 1961 (1) incorporated by 18 U.S.C. § 1001. When Akube was really threatened by unknown calls he did one thing only, to report to his congress woman Eleanor Holmes, and his friend congress man Frank Wolf. Both congress representatives' staff called Linda McKinney to make sure that the threats stop. In the forms that were filled for the seized properties records the name listed on the forms was "James Lado" intentionally in reference to 18 U.S.C. 1001 and Akube's name is Akube Wuromoni Ndoromo not even close to above mentioned name. The Government knew Akube Ndoromo will not be

alive and VSCA properties will not be traced because the name on the form is not even close to somebody leaving in the robbed location (B1235). The government seized Akube's entire IRS records to disable Akube from filing unemployment benefits to survive, criminalizes Akube's name to torture and disable him from getting a job, so can be easy to him to die. These are designated patterns of destruction of Akube Ndoromo's life from regaining his money, properties, and automobiles. The designated federal agents' robbers were to make sure everything that will allow Akube to survive must be block. Akube Ndoromo tries hard to get any kind of job, but after the employers review Akube's name they will always declined. The government listed Akube as criminal to unable Akube from getting a job to earn the leaving this will be a threat to government's robbery, terry, killing, torture and cheating.

### Government changes the Laws to fit the Robbery

6. The Government knowingly and willfully lied under oath to Magistrate judge and the Judge knew that it was a violation to seized without investigation, trial and conviction, but the judge intentionally and willfully signed the warrants to enforce the Government robbery of the funds and automobiles under perjury in reference to CA Codes (pen: 118-131), incorporated by 18 U.S.C. § 1001. For example, the Government shut down VSCA business; rob the entire accounts to disable Akube from having job, shelter and not to eat, terrorized and torturing all VSCA employees and prohibits VSCA employees from talking to Akube inflict mental damage to him in reference to 18 U.S.C. § 1961 (1), § 2340 and violation of First Amendment. For example, robbers that were walking into banks with mask on their faces and who ever the, robbers thought was a threat to their robbery they would shoot that person directly. In Akube's case the bank let

it go because it was about individuals' accounts. The Government was threatened that

Akube Ndoromo will follow the money they rob and that is true.

### Government Policy of Killing Continues

7.   The Government knowingly and willfully knew that no body will be alive

without Job, shelter, food, and treatment, yet Government eliminate all the primary

human demands in Akube's life to torture and create situation of heart attack in reference

to 18 U. S. C. § 2340 and 18 U.S.C. § 1961 (1), all the conspiracy to enter Akube's

residents on April 5, 2005 during Akube's absent to torture mentally and terrorized also

to create situation of heart attack  or death in reference to 18 U.S.C. §§ 371, 2340, and §

1961 (1), and blocking Akube from getting job or unemployment benefits.

### Government search to steal Akube's properties

8.   The Government robbed; birth certificates, personal note books, Akube's

mother's immigration documents, employees' files Akube tax records, Akube's had

$600.00 inside his wallet but disappear during the robbery and more; to disabling Akube

and everybody from; survival, paying rent, buy grocery, and filing taxes, further more, all

the codes of the VSCA business operations, contact information's for over two hundred

clients, clients classified information,  hospital records, and log books of VSCA to

disable the business from running in violation of 18 U.S.C. § 1956, 1957, 1960

incorporated by 18 U.S.C. § 982 CAFRA 2000 and further  incorporated by § 2340, 1961

(1). The Government also hijacked the automobiles to cripple the VSCA business from

running in reference to 18 U.S.C. § 2119, § 2112 incorporated by § 1961 (1).

### List of Government Main lies to the Court

**9.** The first request was January 11, 2005 for immediate release of robbed funds, automobiles and properties the government denied in a ground that "The risk the property would be lost is almost certain since Mr. Ndoromo wants funds returned to pay employees and other creditors". Next lie, "the seized property is likely to be used to commit additional criminal acts if returned to claimant. See title 18 U.S.C. § 983 (f) (8) (A) and (D)". Already the government presumed VSCA and Ndoromo are guilty yet to be proved innocent. On April 5, 2005 the government lied that "Claimants have failed to meet all of the requirements of 18 U.S.C. § 983(f) (1) (A)-(E) as mandated by of the Civil Asset Forfeiture Reform Act of 2000 (hereafter "CAFRA") for the immediate release of seized property". Further more the government states that VSCA and Ndoromo failed to show that,"(1) they have sufficient ties to the community especially given claimant Ndoromo's strong families ties overseas". "(2) a substantial hardship will be caused when claimants have five other vehicles and have not been precluded from performing non Medicaid transportation services". Next lie, "Similarly, all of the defendant funds are "electronic funds". Next lie, "Specifically, a review of claimant Ndoromo's financial records reveals that at least $41,800 was spent on purchasing and developing real property". On June 10, 2005 the government repeated the above mentioned lies all over again to the Court. The government had lied time and time again to our court system when ever the court ask about this case, without worried that it was wrong to lie all the time to our judiciary system. The government continually lie in reference to 18 U.S.C. § 2340 incorporated by CA Code (pen: 118-131) was to torture Akube Ndoromo and VSCA in reference 18 U.S.C. §2340, and §1961 (1).

### Court's mixed Orders

**10.** The court intentionally was sending mixed orders in reference to 18 U.S.C. §
1001 to support the government robbery in reference to 18 U.S.C. §§ 2113, 2112, 2111,
and § 2119 incorporated by § 1961 (1) and to torture Akube, and VSCA in reference 18
U.S.C. § 2340. The government is not complying with court's orders because the truth is
the court intentionally was bias on Akube Ndoromo being black and from African
background in violation of Fourteen Amendment Section one. And the court entertains
government lies because of court's support of torturing Akube and VSCA in reference to
18 U.S. C. § 2340.

### Government Intentions

**11.** The Government was motivated by; robbery, and hatred towards (dark heart)
Akube and VSCA upon reviewing the entire allegations and affidavits of robbery filed by
the Government Akube find that the Government spotted Akube and VSCA accounts
using the patriotic act. The patriotic act permits the Government to spy online and VSCA
funds was a direct deposit to account and to spy on individuals backgrounds. Further
more the patriot act mandated the Government to listen people's telephones
conversations. The Government takes advantage of patriotic act to commit perjury, and
robbery in reference to CA Codes (pen: 118-129), 18 USC §§ 2113, 1961 (1). Due to
Government hungry of robbery and hatred the Government was investigation to find out
where Are the victims from before the government will carry out the robbery their
investigation finds out that the VSCA owner is black according, to Government affidavits
of robbery warrants and with deep African accent that Government conclusion encourage
the Government to carry on with the robbery on December 21, 22, 2004 in reference to
18 U.S.C. § 2113, 2119, 2112, 2111 incorporated by 18 U.S.C. § 1961 (1) because of the

10

hatred that VSCA employees are all Black and Latinos and is helping District of Columbia poorest communities and it was doing better than all the other companies that was why the Government shut down the VSCA business to destroy the minority communities from progressing and this time is VSCA and Akube Ndoromo.

### VSCA Investigation

12.   Further more in December 2004 VSCA was investigating payments of September, October, and November, 2004 never made to the account of VSCA an estimate total of $ 370,000.ᵒᵒ. The ACS Processor agency for Medicaid payments told Akube that the federal Government is intercepting the VSCA payments. The ACS asked Akube if VSCA owe Government money. And Akube answer was no. The VSCA physical year was December every year to review all loses, and mistakes before February of any coming year to report to Medicaid. While the VSCA was working to contact the proper Government agency who intercepted VSCA payments Akube, VSCA, Mary Khangaa, and Peter Lado; were hid by robbery warrants and everything about VSCA was robbed, I mean to say everything about VSCA were robbed. Plus the agents robbed Akube mother's immigration documents to come to U.S.A and Akube fiancé immigration documents, Mary Kahngaa husband's birth certificates, bank cards, personal computer, note books, mobile phones, just to mention few and to look like search and seize. I believed these robberies were performed to conceal the robbery of September, October, and November 2004 payments and continuously robbery of December 21, 2004. And December 22, 2004 which robbed the entire unpaid files to cover up the robbery.

13. On May 6, 2005 the government delivered their conspiracy letter to Akube to have meeting with them to remove the case out of the court or according to Linda

11

Mckinney, to change from judge to magistrate judge and the case will be settle in a six months or year time based on how the government findings, Linda McKinney also suggested if she will pay three of the VSCA employees, (she had $10,000. ∞ at the time to pay) but when Akube ask why? Her answer was because they were not paid then Akube Ndoromo replied was VSCA had seven employees and will be paid by VSCA not Linda McKinney, this agreement happened in presents of most experience government robberies; USPI Brian J. Evans and FBI Regina Burris. Akube knew government games of killing by containments and torture in reference to 18 U.S.C. § 2340, § 371 and § 1961 (1). The Government is trying to find a way to complicate the VSCA employees to go after Akube Ndoromo, but it failed.

## **Concealing Continues**

**14.** The Government was successful in scaring everybody away from Akube and VSCA using their conspiracy games and torturing. The Government invested a lot of time terrorizing the Washington Metropolitan Communities to protect the government robbery and to torture Akube Ndoromo. These tactics were used by the Government to scared people from being a witness to government robbery, terry, killing, torture, and cheating. Matter of fact an attorney for former VSCA employee (Linous Geri) called VSCA supervisor Peter Lado and told him that they are working with the FBI to take the business of VSCA from Akube Ndoromo if Peter Lado can joint them? Peter Lado declines their request and warned them of conspiracy to steal, kill or rob.

---

[1] *The government was lying to court by using cases that was involving drugs. For example, United States V. One-Sixth Share, and United States V. 252F .3d 1193, 1207 none of these drugs dealers money was seized from the banks. And it is no relevant.*

[2] *Further more the government was using threats to Akube and threats and liars to court to protect the robbery. Akube investigation reveals that all the Justice Department in District of*

*Columbia has involved in this kind of robbery for very long time authorizes by president and attorney general. The case is in the United States District Court for the District of Columbia Civil Action No. 05-356 (EGS)*

<u>**Government revealing incrementally secretes**</u>

**15.** According to the government, "On December 20, 2004, Special Agents of the Department of Health and Human Services and U.S. Postal Inspection Service investigating claimants' submission of false claims, sought the issuance of search warrants for the office of claimant VSCA as well as the residence of claimant Ndoromo and seizure warrants for the defendant funds and automobiles. Those search and seizure warrants were issued, on the same day, by the Honorable Magistrate Judge John M. Facciola. **The seizure warrants for the defendant funds in the bank accounts were executed on December 21, 2004** and the seizure warrants for the defendant automobiles along with the search warrants were executed on December 22, 2004. At the time of the search of claimant Ndoromo's residence, claimant Ndoromo was provided with **copies of the search warrant(s) for his residence and the seizure warrants for each of the defendant automobiles"**. This socking testimony from government comes as result of court's order of March 31, 2005, reference to Civil Case No. 05-0356 (EGS) after the government knew it is difficulty to get away with robbery. The government made clear there were no warrants for the accounts provided during the seized or the search.

<u>**Discrimination**</u>

**16.** The Government has repeatedly informed the court about, VSCA and Akube is a black man from Africa in reference to Civil Case No. 05-0356 (EGS) in District of Columbia. The Government persuaded the court about Akube's background and from black community which was supposes to make $6,000. $^\infty$ in three years 2002-2004. The Government arguments were that a black man with African background was not capable

of making more than $6,000. ∞ in three years. If a black man has made more than $6,000. ∞ in three years he must be a criminal "racketeering" § (1961 (1)) means selling drugs or robbery, or bribery, or terrorist and more worst than that. The Government believes that blacks are always criminals reference to Government complained filed on February 18, 2005, and Government opposition on April 5, 2005. The Government opposition of April 5, 2005 was explaining to the court not to release the funds to Akube Ndoromo and VSCA employees because they will pay their creditors. Since they are blacks they deserve to be homeless and the judge approve the request. And for the automobiles the government wrote "Given the extremely high value of the defendant Land Rover, the risk of its release is especially great". Since the VSCA are black people they deserved to be homeless and deserve not to have high value cars, so the Government prays to Judge to denied Akube and VSCA their own money, automobiles, properties, and the Judge denied in favor of government on June 22, 2005. In violation of Akube and VSCA employees: Fourth, Fifth, Sixth, Seven Amendments and Fourteen Amendment Section One.

### **Government Discrimination on Minorities**

17. The Government has monitor VSCA for long time; the Government finds that VSCA was changing the lives of minority communities from negative to positive lives. Since District of Columbia residents are 60% plus blacks, which is not a surprise that most of the poor people in District of Columbia are blacks. The Government finds that VSCA was helping poor people out of poverty. The policy of Government to keep the poor communities under poverty was to take down those organizations that are helping poor communities out of poverty, this time is VSCA. The VSCA business was serving

minimum of 60 people a day in District of Columbia residents and maximum of 85 people a day, in District of Columbia residents. The government seized all the records plus clients classified records that supposed to be known by VSCA, clients' doctors and Medicaid Medicare. The VSCA seized operation on January 21, 2005 due to;

(1) No funds to pay the VSCA employees

(2) No funds to help the clients demand during transportation

(3) All employees suffer two months without payment

(4) All employees run out of their servings due to two months without pay

(5) There was a risk that some information taken will be illegally used to obtain payments from Medicaid.

(6) The VSCA couldn't file for reimbursement due to no codes since it was all seized. The government informs District of Columbia Medicaid around April of 2005 about their robbery when government found that Akube reported the case to court.

### Reward of Good standing by DC Health Department

**18.** On April 22, 2004, District of Columbia Department of Health Review (Audit) the VSCA service since January 2001. According to the reviewers VSCA earned the highest marks in the District of Columbia as HPAA Transportation and MRDD Transportation Company. As a result of review of April 22, 2004 VSCA were rewarded with three new contracts; (1) on June 2005, to select any service of Choose in District of Columbia Health Department, (2) on August 2005, another reward; Home and Community-Based Waiver for Adult with Mental Retardation. (3) On February 10, 2005. All these rewards due to excellent services provided to the community. The VSCA was on the top of all companies in District of Columbia with a minimum of one million dollar

a year. The three new contracts could put VSCA to make minimum of $6.5 million in the year 2005.

### Out Lining the Government Robbery, Killing and Terrorism against the United States Citizens

**19.** (1) the government has robbed Akube, VSCA, VSCA employees, and the communities.

(2)  The government had falsely obtained the seized warrants to attack the American people this time is Akube, VSCA employees and the communities served.

(3) The government special agents and FBI terrorized the VSCA employees from their resident not to talk to Akube Ndoromo as policy of killing him.

(4) The government blocked all the VSCA employees from cashing their pay checks as a policy of destroying and torturing.

(5) The government prevented Akube Ndoromo from paying rent, working, eating, and buys grocery as policy of torturing and slowly death.

(6) The government robbed Akube's money as means of blocking him from bringing his Fiancé to United States of America.

(7) The government blocked Akube Ndoromo from supporting his mother who has high blood pressure so that she will be hit by a stroke and she is permanently paralyzed for ever.

(8) The government blocked Akube Ndoromo from supporting his uncle which was waiting kidney transplant from the village and died.  Akube couldn't continue to pay the hospital bills and he was removed from the hospital and died.

(9) Akube's Mother become homeless going from house to house or from back buildings to back building due to government robbery of December 21, 22, 2004.

(10) Akube's children in Uganda became homeless and some end up in prison due to stealing food to eat and some are working to survive and they are under 13 years.

(11) Akube Ndoromo is confined to beg for food to eat and water to drink due to government robbery of December 21, 22, 2004.

(12) The government has terrorized the Washington Metropolitan area that Akube Ndoromo is a dangerous man, to make every body avoid him so that he can die.

(13) The government has violated 90 day period, which proves the point that government is waging robbery, terrorism, and war against its own citizens.

(14) The government had wanted make a deal to split the funds robbed, but denied by Akube.

(15) The government had promised that who ever disobey government agreements never survivor in business this time is Akube Ndoromo and VSCA. The VSCA couldn't keep up with the payment of the $1.5 Million Insurance Liability for the company. And Akube couldn't keep up the payment of the Land Rover.

(16) The government is preying on the poor, the weak, and the black the VSCA falls to these categories this was why we become victims of our own success.

### Count I

**20**. The Government shut down VSCA business Company on December 22, 2005 when it was making $1,500,000.$^{\infty}$ a year. By the year 2005 the VSCA had received two new contracts additional to old contracts which could had made VSCA to make  $4,500,000.$^{\infty}$ (four Million fiver hundred dollars) in year 2005. The VSCA projection to year 2005 with two new awarded contracts by DC Department of Health.

17

Now it will take the VSCA four years again to build up $4, 500, 000,$^{00}$ a year. The total damage for next four years is $18,000,000.$^{00}$ (eighteen Million dollars).

### Count II

**21**. The VSCA was badly damaged in the communities was serving and it will make it very difficult to recover. The federal officials where all over the communities advertising VSCA as a terrorist, killer, drug, robbery organization. To recover VSCA image will cost $150,000,000.$^{00}$ (one hundred fifty million dollars) in next four years.

### Count III

**22**. The VSCA CD accounts that were removed from the banks estimated interest of $120,000.$^{00}$ (one hundred twenty thousand dollars) and the damage name of VSCA in banks and violations will cost $1,200,000,$^{00}$ (one million two hundred thousand dollars) to recover its good standards back.

### Count IV

**23**. The seized of Akube Ndoromo funds in the banks left Akube to beg communities to support Akube to eat and pay his rent the damage is $1,600,000.$^{00}$. The seized inflicted death of Akube's uncle and his mother was hit by heart attack due to lack of her high blood pressure medicines and left her impaired for rest of her life the estimate $20, 000,000.$^{00}$. Akube's mother was suppose to be In united States of America by January 2005 because her visa is ready in American Embassy in Cairo-Egypt, but the Government seized all her visa documents and also Akube's funds making it difficult to buy a ticket the damage is 130,000.$^{00}$. Akube Ndoromo son in Cairo Egypt became homeless the damage is $85,000.$^{00}$. Akube Ndoromo other children in Uganda could not go to school some end up in jail due to stealing food to eat the damage is $1,000,000.$^{00}$.

18

### Count V

**24.** The Government terrorized all the VSCA employees not to talk to Akube claiming Akube was a terrorized, killer, drug dealer, all kind of bad things to damage Akube Ndoromo image in the community, to repair it, will cost 10,000,000,$^\infty$. The Government went around the Washington DC Metropolitan Area communities informing them that Akube Ndoromo is a terrorist, killer, drug dealer, robbery; all kind of bad things, the damage to repair is $15, 000, 000, $^\infty$.

### Count VI

**25.** The Government rejecting Akube Ndoromo from; paying rent, working, buying grocery, pay creditors, denying Akube Ndoromo right to counselor. The damage inflicted to Akube Ndoromo is $12, 000, 000, $^\infty$.

### Count VII

**26.** The Government denied the VSCA employees from; cashing their pay checks, working, paying their rent, buy grocery, pay bills, pay creditors, and the right to counselor. The damage and torture inflicted to the VSCA seven employees' families are $14, 000, 000, $^\infty$. Two million for each family effected.

### Count VIII

**27.** The Government torture and terrorized VSCA employees not to talk to Akube Ndoromo and not talk to each other for ever. For those who are not citizens were threatened by deportation if they talk to Akube or their co-workers. And those who citizen were threatened that associating with Akube being a killer, terrorist, robbery, will make them having the same charges and associating with co-workers without knowing their relationship with Akube will put them in danger. To repair permanent damage

19

within the VSCA employees leaving in suspicious of each other will cost 130, 000, 000,

∞. **Total of $373.885 Million.**

**Conclusion**

For all the reasons above are the Government robbery, terrorism, killing,

torturing, cheating the loyal citizens in reference to 18 U.S.C. §§ 2113, 1961 (1), 2340

incorporated by CA Codes (pen: 118-131), 18 U.S.C. 1001 and the Government wants to

kill Akube Ndoromo because the government knew the entire accounts was signed by

Akube and he is black easy target. Further more, the Government violated our: First,

Fourth, Fifth, Sixth, Seventh Amendments and Fourteen Amendment section one and

exposed VSCA and Ndoromo to Eight Amendment. The government knowingly and

willfully chose to commit robbery, terrorism, torture, and killing the weak, the poor, and

the black Americans. Akube Wuoromo Ndoromo is a victim of his own success.

**Whereby the,** President George W. Bush, Attorney General Alberto Gonzales

and District of Columbia District Attorney Kenneth L. Weinstein authorizes the

government to; rob, kill, torture and terrorized the weak, the poor, and the black

Americans. The VSCA and Akube are praying to the court to reinstitute the funds rob and

compensate Akube Ndoromo, VSCA employees, poor community served and VSCA

based on the laws (Federal Tort Claim Act 28 U.S.C. § 2680 CAFRA 2000) and rights of

citizens to their properties as mentioned above and reinstitution of robbed funds,

automobiles, and properties, and not to allow robbers, terrorist, torturers to be the

persecutors. The reinstitution and compensations will relief; VSCA, VSCA employees,

Akube Ndoromo and the Communities served from hopelessness of being terrorized,

killed, tortured and robed again.

**Attachments: Evidence, Facts.**

---

Akube Wuromoni Ndoromo
VSCA President and E. Director
P.O. Box 73755
Washington, DC 20056
Or
3636, 16 Street NW. Apt. #B1235
Washington, DC. 20010
(202) 234-2313

Subscribed to and sworn before me this 23rd day December, 2005

NOTARY PUBLIC:

GEORGE S. DRAVILLAS
Notary Public, District of Columbia
My Commission Expires October 14, 2010

---

[3] *The government by its attorney the United States Attorney for the District of Columbia scared the judge in two occasions on June 22, 2005 motion and on April 28, 2005 motion. The court ruled in favor of the government robbery on June 22, 2005 with fear of government threats. On June 10, 2005 William R. Cowden had to block the release of the forfeiture and defended by lie to the court about CAFRA 2000 Reforms. William R. Cowden went as far as signing in behaves of Linda McKinney and Kenneth Weinstein. This case is in the United States District Court for the District of Columbia Civil Action No. 05-0356 (Judge Enmet G. Sullivan)*

# **Verification**

I, Akube Wuromoni Ndoromo, founder, president, and executive director of the Voice of

Social Concern Association, Inc. declare under penalty of perjury that the fore going

Civil Action Against: Unite d States of America, President George W. Bush, Attorney

General Alberto Gonzales, and D.A. for District of Columbia Kenneth L. Weinstein is

true and correct to the best of my knowledge.

Executed on this _____day of December 28, 2005

_____
Akube Wuromoni Ndoromo
Founder, President and Executive Director
The Voice of Social Concern Association, Inc.
P.O. Box 73755
Washington, DC. 20056
Or.
3636, 16 Street NW. Apt. #B1235
Washington, DC. 2001

# Certificate of Service

I, Akube Wuromoni Ndoromo, founder, president, and executive director of the Voice of

Social Concern Association, Inc. will Fax and Mail this Civil Action to: President,

George W. Bush 1600 Pennsylvania Avenue Washington, DC. 20530, Attorney General,

Alberto Gonzales 950 Pennsylvania Avenue Washington, DC. 20530 and D.A. for the

District of Columbia Kenneth L. Weinstein, 555 Fourth Street NW. Washington, DC.

20530

Executed on this _____day of December 28, 2005

 

Akube Wuromoni Ndoromo
Founder, President and Executive Director
The Voice of Social Concern Association, Inc.
P.O. Box 73755
Washington, DC. 20056
Or.
3636, 16 Street NW. Apt. #B1235
Washington, DC. 2001