### *The government leading conspirators to the robberies against, the weak the poor and the black in District of Columbia and Metropolitan Area.*

*Leader to carry out the plan;*
**(1) Linda Otani McKinney, DC BAR #416548**
U.S. Assistant Attorney
Asset Forfeiture Unit, Criminal Division
555 Fourth Street, N.W. Room 4106
Washington, DC. 20530
(202) 514-7061
Fax: (202) 514-8707

*Leader to Back up the Plan;*
**(2) William Rakestraw Cowden DC BAR #426301**
Assistant United States Attorney
Asset Forfeiture unit, Criminal Division
555 Fourth Street, NW. Room 4824
Washington, DC. 20530
(202) 307-0258 (office)
(202) 514-8707 (facsimile)

*Supporters to protect the Plan;*
**(3) Eileen C. Mayer DC BAR #294215**
Assistant United States Attorney

*Supporters to protect the plan;*
**(4) Kenneth L. Weinstein DC BAR #451058**
United States Attorney

*Accomplishments of Robbery are;*
**(5) (a) Brain J. Evans, FBI from Maryland Field.**
United States Postal Inspector

**(6) (b) Elton Malone**
United States Health Agent

**(7) (c) Regina Burris, FBI from Virginia Field.**
FBI under the above FBI agents.

*How to Obtain Warrants for the robbery;*
**(8) John M. Facciola (works hand in hand with Linda McKinney).**
Magistrate Judge in United States District Court
For the District of Columbia.

*The investigation by Akube Ndoromo reveals the above mentioned name behind all the government robbery towards the weak, the poor, and the black in Washington, Metropolitan Area.*