# CERTIFICATE OF INSURANCE AND POLICY ENDORSEMENT

**Filed with the Washington Metropolitan Area Transit Commission**
1828 L Street, N.W., Suite 703, Washington, DC 20036-5104

This is to certify that  New Hampshire Insurance Company
(Insurance Company Name)

(hereinafter Company) of  70 Pine Street, New York, NY 12070    (Company Home Office Address)

has issued its Policy No.  RDC 313-71-946    (hereinafter Policy)

to  THE VOICE OF SOCIAL CONCERN ASSOCIATION, INC.    (hereafter Insured)
(Motor Carrier Name)

of  3636 16TH STREET, NW, WASHINGTON, DC  20010
(Motor Carrier Address)

as a passenger carrier by motor vehicle to provide coverage in accordance with the limits prescribed in Commission Regulation No. 58-03(c), as follows (CHECK ONE OR MORE AS APPROPRIATE):

☒ This insurance is primary, and the company shall not be liable for amounts in excess of

$ 1,500,000    for each accident.

☐ This insurance is excess, and the company shall not be liable for amounts in excess of

$ _____ for each accident in excess of the underlying limit of $  /_____

for each accident.

The Policy identified in this endorsement is an automobile bodily injury and property damage liability policy and is amended to assure compliance by the Insured, as a passenger carrier by motor vehicle, with the Washington Metropolitan Area Transit Regulation Compact (hereinafter Compact) and the pertinent rules and regulations of the Washington Metropolitan Area Transit Commission.

In consideration of the premium stated in the Policy, the Company agrees to pay, within the limits of liability described herein, any final judgment against the Insured for bodily injury or death of a person, or for loss or damage to property of another, resulting from the operation, maintenance, or use of a motor vehicle in performing transportation subject to certification under the Compact, whether or not such motor vehicle is described in the Policy.

It is understood and agreed that no condition, provision, stipulation, or limitation contained in the Policy, or any other endorsement thereon or violation thereof, or of this endorsement, by the Insured, shall relieve the Company from liability or from the payment of any final judgment, irrespective of the financial responsibility or lack thereof or insolvency or bankruptcy of the Insured. However, all terms, conditions, and limitations in the Policy are to remain in full force and effect as binding between the Insured and the Company, and the Insured agrees to reimburse the Company for any payment made by the Company on account of any accident, claim, or suit involving a breach of the terms of the Policy, and for any payment that the Company would not have been obligated to make under the provisions of the Policy except for the agreement contained in this endorsement.

It is understood and agreed that upon failure of the Company to pay any final judgment against the Insured as prescribed herein the judgment creditor may maintain an action in any court of competent jurisdiction against the Company to compel such payment.

The Company's liability for the amounts provided in this endorsement apply separately to each accident, and any payment under the Policy because of any one accident shall not operate to reduce the liability of the Company for the payment of final judgments resulting from any other accident.

The Company hereby agrees to furnish the Commission a copy of the Policy upon request.

Coverage under this endorsement shall commence on the effective date specified below and continue until the earlier of: (1) the termination date specified below; (2) thirty (30) days after receipt and acceptance by the Commission of written notice of cancellation as prescribed in Commission Regulation No. 58-11; or (3) the effective date of a later-executed replacement endorsement received and accepted by the Commission pursuant to Commission Regulation No. 58-08. Commencement, and as applicable termination, cancellation or replacement, shall occur on the specified date at 12:01 a.m. Eastern Standard Time.

Effective date: 05/16/2005

Termination date: 05/16/2006

Countersigned by New Hampshire Insurance Company
(Issuing Office - Full Name of Agent or Branch)

at 600 King Street 7TH Floor, 1 Alico Plaza, Suite NHIS, Wilmington, DE 19801
(Complete Business Address of Issuing Office)

*[signature]*
Authorized Signature

FRANK ALBRIGHT
Typed or Printed Name

888-609-7046
Telephone Number

Dated this 9 day of JUNE, 20 05.

---

| MINIMUM LIABILITY INSURANCE REQUIRED BY WMATC REGULATION NO. 58 |
|---|
| Carriers with operating authority unrestricted as to vehicle seating capacity .................................................. $5,000,000 Combined Single Limit |
| Carriers with operating authority restricted to vehicles seating 15 or fewer persons, including the driver ................................. $1,500,000 Combined Single Limit |

CERTIFICATE OF INSURANCE
AND POLICY ENDORSEMENT                  Page 2 of 2 pages