

**CONSULATE GENERAL OF THE**
UNITED STATES OF AMERICA

In U.S.A. reply to:
American Consulate General (Syd)
PSC 280, Unit 11026
APO AP 96554-0002

Level 59, MLC Centre
19-29 Martin Place
SYDNEY NSW 2000
Phone: 9373-9200
Admin Fax: 9373-9125
Visa Fax: 9373-9184

October 25, 2005

Vivian Amule
41 Gayford Way
Girrawheen WA 6064

Dear Ms. Amule,

Consular records indicate that on May 24, 2005 you were temporary refused an immigrant visa under Section 221G of the Immigration and Nationality Act (INA) pending submission of your fiancé's financial documents and a name change instrument stating that Vivian Johnson Amoli and Viviyana Johnson Amoli are the same person as Vivian Johnson Amule.

Upon receipt of these documents, and further investigation of your fiancé's financial documents, I have determined that you are ineligible for this visa under Section 212(a)(4) of the INA, which prohibits the issuance of a visa to anyone likely to become a public charge.

Enclosed is a new refusal letter.

Regards,

Christopher M. Newton
Chief
Immigrant Visa Unit



**THE FOREIGN SERVICE
OF THE
UNITED STATES OF AMERICA**

IV UNIT, LEVEL 59 MLC CENTER, 19-29 MARTIN PLACE, SYDNEY, NSW 2000
FAX: (02) 9373-9185

Date: (mm-dd-yyyy) 10/24/05

Visa Symbol: K1

Amulie, Vivian Johnson
(LAST NAME, First, Middle)

Dear Visa Applicant:

This office regrets to inform you that it is unable to issue a visa to you because you have been found ineligible to receive a visa under the following section(s) of the Immigration and Nationality Act. The information contained in the paragraphs marked with "X" pertain to your visa application. Please disregard the unmarked paragraphs.

☒ Section 221(g) which prohibits the issuance of a visa to anyone whose application does not comply with the provisions of the Immigration and Nationality Act or regulations issued pursuant thereto. The following remarks apply in your case:*
*** SEE BACK OF PAGE FOR LIST OF DOCUMENTS YET TO SUBMIT. PLEASE MAIL ALL DOCUMENTS AT ONE TIME. PROCESSING TIME IS AT LEAST 10 WORKDAYS FROM RECEIPT OF PENDING DOCUMENTS. ***

☐ Section 212(a)(1) health-related grounds.

☒ Section 212(a)(4) which prohibits the issuance of a visa to anyone likely to become a public charge.

☐ Section 212(a)(   ) _____

See Form DSL-851A for further details.

☐ Other: _____

☐ Further consideration will be given to your visa application after you obtain and present the documents listed above and/or the following:*

☐ You are eligible for waiver of the grounds of ineligibility. To apply for a waiver, follow the instructions in the attached Form I-724.

*WARNING: IF YOU FAIL TO TAKE THE ACTION REQUESTED WITHIN ONE YEAR FOLLOWING VISA DENIAL UNDER SECTION 221(G) OF THE IMMIGRATION AND NATIONALITY ACT, SECTION 203(G) OF THE ACT REQUIRES THAT YOUR APPLICATION BE CANCELLED.

Sincerely yours,

American Consular Officer