

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**Department of Motor Vehicles**
**301 C Street, NW**
**Washington, DC 20001**
202-727-5000



10-24-2005

### REGISTRATION RENEWAL NOTICE

AKUBE W NDOROMO
3636 16TH ST NW #B1235
WASHINGTON DC   20010

TAG: B40149
VEHICLE ID NUMBER: 1GAHG39R211120100
YEAR/MAKE: 2001/CHEV

DEAR CUSTOMER:

YOUR VEHICLE REGISTRATION WILL EXPIRE ON 11-21-2005. YOU ARE
NOT ELIGIBLE TO SUBMIT YOUR REGISTRATION RENEWAL APPLICATION
AND PAYMENT BY MAIL.

PLEASE VISIT ONE OF OUR SERVICE LOCATIONS TO RENEW YOUR
VEHICLE REGISTRATION.

THANK YOU,

DC DMV

IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE VISIT
OUR WEBSITE AT www.dmv.dc.gov OR CONTACT THE DMV AT
(202) 727-5000.



# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of:

Any and all funds in the following accounts at Citibank, FSB, held in the name of Akiuber Ndoromo James and/or Akube Wuromoni Ndoromo: (1) #16196821 (CD account);  (2) #6737246044; and (3) # 6737691961.

**SEIZURE WARRANT** FILED

DEC 3 0 2004

Citibank
1749 1/2 Columbia Road, N.W.
Washington, D.C.

CASE NUMBER:  04 - 79  NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: _, U.S. Postal Inspector, U.S. Postal Inspection Service, and any Authorized Officer of the United States

Affidavit(s) having been made before me by  U.S. Postal Inspector Brian J. Evans  who has reason to believe that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

any and all funds in the following accounts at Citibank, FSB, held in the name of Akiuber Ndoromo James and/or Akube Wuromoni Ndoromo: (1) #16196821 (CD account);  (2) #6737246044; and (3) #6737691961.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

2 0 DEC 2004

Date and Time Issued

at Washington, D. C.

John M. Facciola
U.S. Magistrate Judge

Name and Title of Judicial Officer

Signature of Judicial Officer

## The Voice of Social Concern Association, Inc. Accounts

$455,273.72 FUNDS FROM BANK OF AMERICA CHECKING ACCOUNT #0019 2067 7376 HELD IN THE NAME OF THE VOICE OF SOCIAL CONCERN ASSOCIATION, INC.

$20,749.93 IN FUNDS FROM BANK OPF AMERICA CD ACCOUNT #910 000 0658 0436 HELD IN THE NAME OF THE VOICE OF SOCIAL CONCERN ASSOCIATION, INC.

$51,035.88 IN FUNDS FROM BANK OF AMERICA CD ACCOUNT #910 000 0665 2911 HELD IN THE NAME OF THE VOICE OF SOCIAL CONCERN ASSOCIATION, INC.

$101,563.35 IN FUNDS FROM BANK OF AMERICA CD ACCOUNT #910 000 1557 3214 HELD IN THE NAME OF THE VOICE OF SOCIAL CONCERN ASSOCIATION, INC.

ONE 2001 CHEVROLET 3500 EXPRESS VAN, VIN 1GAHG39R211120100 AND TAG B40149, MLEAGE 75,000 IN THE NAME OF AKUBE W. NDOROMO

## AKUBE W. NDOROMO'S ACCOUNTS

$4,309.21 IN FUNDS FROM BANK OF AMERICA CHECKING ACCOUNT #0019 2315 5727 HELD IN THE NAME OF AKUBE WURUMONI NDOROMO

$404,159.73 IN FUNDS FROM CITIBANK MONEY MARKET ACCOUNT #16196821 HELD IN THE NAME OF AKUBE WUROMONI NDOROMO

41,034.09 IN FUNDS FROM CITIBANK SAVING ACCOUNT #6737246044, HELD IN THE NAME OF AKUBE WUROMONI NDOROMO

$9,784.38 IN FUNDS FROM CITIBANK CHECKING ACCOUNT #6737691961, HELD IN THE NAME OF AKUIBE WUROMONI NDOROMO

ONE 2004 LAND ROVE DISCOVERING II, SPORTS UTILITY VEHICLE, VINSATR1943A829815 AND TAG WITH ALL APPURTENANCES CB2367 MILEAGE 3,000 IN THE NAME OF AKUBE W. NDOROMO

1