COPY

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION, LANDLORD AND TENANT BRANCH
Bldg. B, 409 E Street N.W., Rm. 110
(Police Memorial Entrance)
Washington, D.C. 20001   Telephone: 879-1152

LANDLORD & TENANT FORM 1
HOURS:
8:00 a.m. - 4:00 p.m.
Saturday
9:00 a.m. - 12:00 p.m.

Rock Creek Plz, Inc/Gen. Ptnr, RCP-Woodn
**THE WOODNER APTS-SECTION B** vs. **AKUBE WUROMNI NDOROMO**
Plaintiff/Landlord                        Defendant/Tenant
3636 16th Street, NW                      3636 16TH STREET, NW, Unit B1235
Address                                    Address
WASHINGTON, DC 20010                      Washington, D.C.  WASHINGTON, DC 20010
                    Zip Code                                Zip Code

## COMPLAINT FOR POSSESSION OF REAL ESTATE

DISTRICT OF COLUMBIA:ss   STATE OF MARYLAND, COUNTY OF MONTGOMERY:
SHAMEENA WOOD _____ being first duly sworn, states: ☐ he or she is the landlord and/or ☐ licensed real estate broker or ☒ the landlord's authorized agent of the house, apartment or office located at **3636 16TH STREET, NW, Unit B1235**, Washington, D.C.
The property is in the possession of the defendant, who holds it without right.
The landlord seeks possession of the property because:

A. ☒ The tenant failed to pay: $ 1,990.00, total rent due from 02/01/05 to 03/31/05  $99.50
late fees; and/or $ $0.00 other fees (Specify)_____
The monthly rent is $ 995.00. The total amount due to the landlord is $ 2,089.50
Notice to quit has been: ☐ served as required by law ☒ waived in writing.

B. ☐ Tenant failed to vacate property after notice to quit expired. (copy attached).

C. ☐ For the following reason: (explain fully)_____

Notice to quit is: ☐ not required  ☐ waived in writing  ☐ other_____
Therefore, the landlord asks the Court for:
☒ Judgment for possession of the property described.
☒ Judgment for rent, late fees, other fees and costs in the amount of $ 2,089.50
☒ An order of the Court that all future rent be paid into the Registry of the Court until the case is decided.

Subscribed before me this 18 day of MARCH 2005
☐ I certify that a copy of this Complaint was forwarded postage prepaid to the defendant within 3 days of the filing of this Complaint.

_____                    _____
Notary Public,   My Commission expires:    Plaintiff/Landlord or Agent

APR 20 2005

## SUMMONS — TO APPEAR IN COURT
YOU ARE HEREBY SUMMONED AND REQUIRED TO APPEAR ON _____, AT 9:00 A.M. PROMPTLY, in the Landlord and Tenant Courtroom, Bldg. B, 409 E Street, N.W. (Police Memorial Entrance) to answer your landlord's complaint for possession of the premises listed in the above complaint. If you live on the premises and you are not named as a tenant, you must come to court if you claim a right to possession of the premises.

ABR 20 2005

## CONVOCATORIA — DE COMPARENCIA AL TRIBUNAL
A USTED SE LE ORDENA Y EXIGE QUE COMPAREZCA EL _____, A LAS 9:00 A.M. en la Sala de Arrendadores y Arrendatarios, Edificio B, 409 E Street, N.W. (Ingreso por el Monumento a la Policia) a contestar la demanda entablada por ocupacion de la propiedad aqui citada. Si usted vive en esa propiedad sin que se le mencione como inquilino, debe presentarse al Tribunal para reclamar cualquier derecho de ocupacion que tenga sobre la misma.

SCHUMAN & FELTS CHARTERED
Plaintiff's/Landlord's Attorney
Abogado del demandante/Arrendador

CLERK OF THE COURT
SECRETARIO DEL TRIBUNAL

4804 Moorland Lane Bethesda, MD 20814
Address/Direccion   Zip Code/Codigo postal
Costs of this suit to date are
Costos del jucio hasta la fecha

(301) 986-0200 (See Below)    $ 23.69
Phone No.   Unified Bar No.
Telefono    No. de afiliacion
            Sociedad de Abogados
Sheldon P. Schuman, 64128; Phillip L. Felts, 222448   3514961   18008

READ CAREFULLY THE INSTRUCTIONS ON REVERSE SIDE. BRING THIS SUMMONS WITH YOU AT ALL TIMES.
LEA CUIDADOSAMENTE LAS INSTRUCCIONES AL REVERSO DE LA PAGINA. LLEVE SIEMPRE CONSIGO ESTA ORDEN.

9-0849-4 wd303 Oct. 03

# JONATHAN WOODNER COMPANY

June 29, 2005

Mr. Akube4 W. Ndoromo
3636 16th Street, N.W.
Apartment B-1235
Washington, D.C. 20010

RE:   Account Summary

Per your request of June 13, 2005, the accounting summary for your apartment is listed below. Please note that the $72.01 balance that continues to show from a slight underpayment from April 2005. Since you paid all back charges and May rent in the month of April, the total billing for May and April (with back charges) was 4175.20. You paid 4103.19. The difference is $72.01. This amount continues to carry over each month.

|                  | Rent    | Late                      | Legal | Total          |
|------------------|---------|---------------------------|-------|----------------|
| Jan 2005 Billing | 995     | 49.75                     | 0     | 1044.75        |
| Feb 2005 Billing | 995     | 49.75                     | 0     |                |
| Feb 2005 **Payment** | 995 | 49.75 (paid off Jan bal.) |       | 1044.75        |
| Mar 2005 Bill    | 995     | 49.75                     |       | 2089.50        |
| Apr 2005 Bill    | 995     | 49.75                     | 45.95 | 3180.20        |
| Apr 2005 **Payment** | 4103.19 (on 4/19 & 4/27) | |    | (922.99) credit |
| May 2005 Bill    | 995     | 0                         | 0     | 72.01 due      |
| June 2005 Bill   | 995     | 0                         | 0     | 1067.01        |
| June 2005 **Payment** | 995 | 0                        | 0     | 72.01 due      |

As to the reason we have had to enter your apartment on two occasions, the water main riser which serves all kitchens in the B-side 35 tier of apartments is located in your kitchen area above your sink. You will note that there is a trap door in that location. Occasionally there is an emergency leak in a 35 unit below yours requiring us to shut down the water supply to all 35 unit kitchens. We hope that this will not be a regular occurrence and appreciate your understanding.

Regards,

*[signature]*

Joseph W. Milby Jr.

3636 16TH STREET N.W.
WASHINGTON, D.C. 20010
TEL. 202 328.2800
FAX. 202 234.0786

3630 16 Street NW
Washington, DC 20010

# LATE NOTICE

January 11, 2005

Apartment Number: B1235

Our records show that a late fee was charged to your account this month. At this time a balance of $1044.75 remains outstanding.

Failure to pay rent as agreed may lead to legal action*. We certainly don't want to take this action so we kindly request that you remit payment immediately.

If you have made a payment or believe there is an error with your bill, please contact the management office at 202-328-2820.

We appreciate your timely attention to this matter.

The Woodner Management Office

*If legal action is currently pending or active, please make sure to remit payment in the form of a money order or cashiers check.