AO109(2/90) Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

2004 Land Rover, Discovery II, Sport Utility Vehicle
DC Tag CB2367
VIN SALTR19434A829815
registered in the name of Akube Ndoromo

**SEIZURE WARRANT**

CASE NUMBER: 04-796

FILED

DEC 3 0 2004

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: Brian J. Evans, U.S. Postal Inspector, U.S. Postal Inspection Service, and any Authorized Officer of the United States

Affidavit(s) having been made before me by U.S. Postal Inspector Brian J. Evans who has reason to believe that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

one 2004 Land Rover, Discovery II, Sport Utility Vehicle, bearing District of Columbia tag CB2367 and VIN SALTR19434A829815, registered in the name of Akube Ndoromo,

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

2 0 DEC 2004

Date and Time Issued

John M. Facciola
U.S. Magistrate Judge

John M. Facciola
U.S. M.

Name and Title of Judicial Officer

at Washington, D. C.

/s/ John M. Facciola

Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 12/20/04 | 12/22/04 7:30 AM | Akube Ndoromo |
| INVENTORY MADE IN THE PRESENCE OF | Insp. John Schick + Insp. Chad Bradley | |

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Contents of seized vehicle — miscellaneous
Reference USPIS Evidence Label (PS Form 715)
#A00236975

Vehicle — reference #A00424384

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

x *Brian J Evans*

Subscribed, sworn to, and returned before me this date.

*John M. Facial*   12/30/04
U.S. Judge or U.S. Magistrate Judge   Date

4

AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

2001 Chevrolet 3500 Express Van
DC Tag B40149
Vehicle Identification Number
1GAHG39R211120100
registered in the name of Akube Ndoromo.

**SEIZURE WARRANT**

CASE NUMBER: 04-797

FILED

DEC 3 0 2004

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: Brian J. Evans, U.S. Postal Inspector, U.S. Postal Inspection Service, and any Authorized Officer of the United States

Affidavit(s) having been made before me by U.S. Postal Inspector Brian J. Evans who has reason to believe that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely
(describe the property to be seized)

one 2001 Chevrolet 3500 Express Van, bearing District of Columbia tag B40149 and VIN 1GAHG39R211120100, registered in the name of Akube Ndoromo.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

2 0 DEC 2004

Date and Time Issued

at Washington, D. C.

John M. Facciola
U.S. Magistrate Judge

Name and Title of Judicial Officer

Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 12/20/04 | 12/22/04  7:30 AM | Akube Ndoromo / Peter Lado |

INVENTORY MADE IN THE PRESENCE OF  Insp. Rodney Hopkins + Insp. Mo Hamilton

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Contents within vehicle - miscellaneous
Reference USPIS Evidence label (PS Form 715)
#A00180257

Vehicle - reference #A00180227

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

X Brian J. Evans

FILED
DEC 3 0 2004
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

John M. Facciola
U.S. Judge or U.S. Magistrate Judge

12/30/04
Date