AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of:

Any and all funds in the following accounts at Bank of America, N.A, held in the name of Voice of Social Concern Association, Inc.: (1) # 0019 2067 7376 (checking account); (2) #910 000 0658 0436 (CD account); (3) #910 000 0665 2911 (CD account); and (4) #910 000 1557 3214 (CD account); and

Any and all funds in Bank of America, N.A., checking account # 0019 2315 5727, held in the name of Akiuber Ndoromo James and/or Akube Wuromoni Ndoromo.

Bank of America, 1835 Columbia Road, N.W., Washington, D.C. 20009

**SEIZURE WARRANT**

CASE NUMBER: 04-798



FILED

DEC 3 0 2004

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: __Brian J. Evans, U.S. Postal Inspector, U.S. Postal Inspection Service,__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __U.S. Postal Inspector Brian J. Evans__ who has reason to believe that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

any and all funds in the following accounts at Bank of America, N.A, held in the name of Voice of Social Concern Association, Inc.: (1) #0019 2067 7376 (checking account); (2) #910 000 0658 0436 (CD account); (3) #910 000 0665 2911 (CD account); and (4) #910 000 1557 3214 (CD account); and

any and all funds in Bank of America, N.A., checking account #0019 2315 5727, held in the name of Akiuber Ndoromo James and/or Akube Wuromoni Ndoromo.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

2 0 DEC 2004

at Washington, D. C.

Date and Time Issued
John M. Facciola
U.S. Magistrate Judge

Name and Title of Judicial Officer

_[signature] John M Facciola_
Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>12/20/04 | DATE AND TIME WARRANT EXECUTED<br>12/21/04  4:00 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Mavis Haye |
| INVENTORY MADE IN THE PRESENCE OF  Insp. ~~Abby Davis~~ BJE Brian Evans + SA Elton Malone |||

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Bank of America Cashier's checks made payable to the U.S. Postal Inspection Service.

ck # 0126740 = $362,180.72
ck # 0126741 = $   4,309.21
ck # 0126743 = $  93,093.00
ck # 0126744 = $101,563.35
ck # 0126745 = $  20,749.93
ck # 0126746 = $  51,035.88

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

X Brian J. Evans

**FILED**
DEC 3 0 2004
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_[signature]_
U.S. Judge or U.S. Magistrate Judge

12/30/04
Date

4