WASHINGTON METROPOLITAN AREA TRANSIT COMMISSION

WASHINGTON, DC

ORDER NO. 8766

IN THE MATTER OF:                                    Served June 10, 2005

THE VOICE OF SOCIAL CONCERN        )        Case No. MP-2005-52
ASSOCIATION, INC., Suspension and  )
Investigation of Revocation of     )
Certificate No. 573                )

    Commission Regulation No. 58 requires respondent to insure the revenue vehicles operated under Certificate No. 573 for a minimum of $1.5 million in combined-single-limit liability coverage and maintain on file with the Commission at all times proof of coverage in the form of a WMATC Certificate of Insurance and Policy Endorsement (WMATC Insurance Endorsement) for each policy comprising the minimum.

    The $1.5 million primary WMATC Insurance Endorsement on file for respondent terminated on May 16, 2005, without replacement, and Certificate No. 573 was automatically suspended under Regulation No. 58-02 as a result, as noted in Order No. 8721, served May 18, 2005.

    Respondent filed an acceptable $1.5 million primary WMATC Insurance Endorsement on June 10, 2005. Accordingly, the suspension is lifted, and this investigation is terminated.

    IT IS SO ORDERED.

                                         FOR THE COMMISSION:

                                         William S. Morrow, Jr.
                                         Executive Director

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF HEALTH
MEDICAL ASSISTANCE ADMINISTRATION
OFFICE ON DISABILITIES AND AGING



MEMORANDUM

TO:       MR/DD WAIVER SERVICE PROVIDERS
FROM:     LORETTA SMITH
SUBJECT:  SERVICE UPDATE OF MR/DD PROVIDER DIRECTORY
DATE:     AUGUST 11, 2005

In an ongoing effort to better identify providers who have the capacity to currently serve waiver customers, the following information regarding services for providers participating in the Home and Community Based Waiver for Persons with Mental Retardation and Developmental Disabilities is requested in order to update the Provider Directory:

- **Name of the service(s) you wish to continue to provide**

- **The name of any service(s) you are approved to provide but you are not currently providing at this time**

If you are not providing a service that you have been approved to provide, your name will be deleted from that particular service list in the provider directory. At such time that the provider desires to resume the service your name will be added back to the directory service list.

If you have corrections, or additional information to be added or deleted from the Provider Directory please document your comments and forward to the address listed below.

Send the documentation requested within fourteen (14) days of the date of this request to Loretta Smith, Public Health Analyst, 825 North Capitol Street, NE, Room 5135, Washington, DC 20002