GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF HUMAN SERVICES



MENTAL RETARDATION AND
DEVELOPMENTAL DISABILITIES
ADMINISTRATION

Date: 8/1/05

Dear Provider:

You have been selected and approved to provide the following services under the District of Columbia's Home and Community-Based Waiver for Adults with Mental Retardation and Developmental Disabilities for *Archie Mathews.* The Plan of Care (POC) has been reviewed and approved by the Mental Retardation and Developmental Disabilities Administration (MRDDA).

The enclosed prior authorizations form(s) must be attached to each billing claim submitted for payment rendered. The services approved are projected for a twelve-month period or they may be prorated to the end of the annual ISP/POC. Services not provided within the scope of this authorization will not be reimbursed.

If you have any questions or concerns regarding waiver services, please do not hesitate to contact your case manager.

Sincerely,

Alphina Dumbuya
MRDDA-Waiver Unit

Enclosures

cc:     Case Manager (Customer Record)
        MAA
        Waiver Unit file

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF HUMAN SERVICES

MENTAL RETARDATION AND
DEVELOPMENTAL DISABILITIES
ADMINISTRATION



HOME AND COMMUNITY-BASED WAIVER
FOR ADULTS WITH MENTAL RETARDATION
AND DEVELOPMENTAL DISABILITIES

### PRIOR-AUTHORIZATION FORM
(ONLY PRIOR-AUTHORIZED SERVICE (S) WILL BE REIMBURSED)

**Identification Data**

| | | |
|---|---|---|
| Customer: | Archie Matthews | Medicaid No.: 70188199 |
| Address: | 8510 16th St. #223 | Social Security#: 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 |
| | Silver Spring, MD 20910 | |

MRDDA Case Manager:   Leona Madison
Phone:                (202) 673-7416

**Provider Data**

Agency:   The Voice of Social Concern           PROVIDER NUMBER:
Address:  3636 16th Street, NW #B 1235
          Washington, DC 20010
Phone:

As a certified Medicaid Provider for The Home and Community-Based Waiver Program for Adults with Mental Retardation and/or Developmental Disabilities, you have been selected and prior-authorized to provide the following services to the above named customer. Services are only prior-authorized for up to one year, based upon the date of the Plan of Care.

| WAIVER SERVICE(S) | STANDARD CODE | NO. UNITS/FREQ. | START/END DATES |
|---|---|---|---|
| Transportation | A0424-U4-U2 | 2 rt/week | 3/8/05 – 3/7/06 |

All above authorized services must have an approved Individualized Service Plan (ISP) prior to service delivery.

I certify that the above listed service(s) have been prior-authorized by the Mental Retardation and Developmental Disabilities Administration (MRDDA).

_____   **Medicaid Waiver Specialist**   **8/1//05**   **(202) 727-2545**
Alphina S. Dumbuya, BA       MRDDA Staff Title                Date         Phone

*(A copy of this form must be attached to the HCFA 1500 in order to be reimbursed by the Medical Assistance Administration.)*

NOTICE OF NON-DISCRIMINATION

In accordance with the D.C. Human Rights Act of 1977, as amended D.C. Code section 2.1401.01 et seq., [the Act], the District of Columbia does not discriminate on the basis of race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, familial responsibilities, matriculation, political affiliation, disability, source of income, or place of residence or business. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action.