# UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES
## OFFICE OF INSPECTOR GENERAL
### Receipt of Property Received/Returned/Released/Seized

OI File # 3-04-60319-9

On (date) 12-22-04

The item(s) listed below were:
- ___ Received From
- ___ Returned To
- ___ Released To
- ✓ Seized From

(Name) James Lado - VSCA

(Street Address) 3636 16th St. NW Apt. #B1235

(City) Washington DC

Description of Item(s):

#1) Box 1: Room H (Business Closet) - Medicaid Remittance Forms, Bank Info., 2002 Expenses, 2001 Appointment Forms, Health Ins. Claim Forms.

#2) Box 2: Room H (Business Closet) - 2003 Bank Statements, Attendant Rolls, Check Register, Letters to NFPS, Call log, DC Public Health Regulations

#3) Item 3: Room H (Second Shelf from Bottom) - Cellular Telephone (Verizon) Silver, Samsung Model.

#4) Item 4: Room F (On Nightstand next to bed) - Cellular Telephone (Verizon) Silver

#5) Box 5: Room H (Business Closet) - Health Ins. Claims Forms, Credit Card Receipts, Driving Logs, Medicaid Remittance Forms, DC Medicaid Logs, Schedules

#6) Item 6: Room H (Business Closet) in a Briefcase - Vehicle title, 2 passports, bank statements, Lease agreements

Received By: _____  Received From: _____

(Signature)                          (Signature)

**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**OFFICE OF INSPECTOR GENERAL**
Receipt of Property Received/Returned/Released/Seized

OI File # 3-04-00319-9

On (date) 12-22-04

The item(s) listed below were:
\_\_ Received From
\_\_ Returned To
\_\_ Released To
✓ Seized From

(Name) James Lado – VSCA
(Street Address) 3636 16th St. NW Apt. B1235
(City) Washington DC

Description of Item(s):

#7) Item 7 (Room D – Living Room): TV Entertainment Cabinet – Phone Numbers, Names and Social Securities

#8) Item 8 (Room H – Business Closet): Tax Records, Carbon Copies of checks, INS – Immigration Paperwork

#9) Item 9 (I – Computer Desk): Various Business Documents, Financial Records

#10) Item 10 (Room I: Brown Letter Folder on Desk): Letter from MAA, Schedule, Memos from VSCA, Notice of Grant Award)

#11) Item 11 (Room I: File Stand Next to Desk): Various Business and Financial Records

#12) Item 12 (Room I: Computer Stand): Compaq 3360 CPU

#13) Item 13 (Room I: Computer Stand): Computer Disks

#14) Item 14 (Room I: Desk): Bank Deposit Stamps, Passenger List, Medicaid Documents

#15) Item 15 (Room D: End Table, Coffee Table): HCFA 1500s, Phone Book, Financial Documents

Received By: _____    Received From: _____
(Signature)                                              (Signature)

NOTCH

# UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES
## OFFICE OF INSPECTOR GENERAL
### Receipt of Property Received/Returned/Released/Seized

OI File # 3-04-00319-9

On (date) 12-22-04

The item(s) listed below were:
- ___ Received From
- ___ Returned To
- ___ Released To
- ✓ Seized From

(Name) James Lado - VSCA

(Street Address) 3636 16th St. NW Apt #B1235

(City) Washington DC

Description of Item(s):

#16) Item 16: (Room I: Desk): Files/Records

Received By:_____   Received From:_____
        (Signature)                                (Signature)