# WASHINGTON METROPOLITAN AREA TRANSIT COMMISSION
1828 L STREET, NW, SUITE 703
WASHINGTON, DC 20036-5104
Ph: 202-331-1671
Fax: 202-653-2179

December 2, 2005

## INSURANCE CANCELLATION NOTICE

Mr. Akube Wuromoni Ndoromo, President
The Voice of Social Concern Association, Inc.
P.O. Box 73755
Washington, DC 20056

RE: Policy No.: RDC 313-71-946

Pursuant to notice received November 22, 2005, your WMATC Certificate of Insurance and Policy Endorsement has been cancelled effective **December 28, 2005**.

Your Certificate of Authority will be automatically **SUSPENDED**, and you must **IMMEDIATELY** cease operations, if a new WMATC Certificate of Insurance and Policy Endorsement is not filed **BEFORE** the effective cancellation date.

**DO NOT** assume we have received a new WMATC Certificate of Insurance and Policy Endorsement. Call the undersigned at 202-331-1671 to verify timely filing.

Natacha Prvulovic
Compliance Supervisor


cc: New Hampshire

# WASHINGTON METROPOLITAN AREA TRANSIT COMMISSION

  

SUITE 703
1828 L STREET, N.W.
WASHINGTON, D.C. 20036-5104
TELEPHONE: (202) 331-1671
FAX: (202) 653-2179

November 16, 2005

Mr. Akube Wuromoni Ndoromo, President
The Voice of Social Concern Association, Inc.
P.O. Box 73755
Washington, DC 20056

Re: OGC-2005-14 – The Voice of Social Concern Association, Inc.

Dear Mr. Ndoromo:

Pursuant to Article XII, Section 1, of the Compact and Commission Regulation No. 59-01(c), The Voice of Social Concern Association, Inc., (VSCAI) is hereby directed to file with the Commission, no later than November 29, 2005, the following documents: (1) a complete list of VSCAI's revenue vehicles; (2) copies of the registration cards for those vehicles; (3) a copy of the current safety inspection certificate for each vehicle; and (4) a signed, notarized statement describing any for-hire passenger transportation service provided by VSCAI within the Metropolitan Transit District during the period beginning July 1, 2005, and ending on the date of this letter.

You can obtain a copy of WMATC's statute and regulations from the Commission's website at www.wmatc.gov. If you have any questions regarding this letter, please contact me at (202) 331-1671.

Sincerely,

Jeffrey M. Lehmann
Assistant General Counsel

# NOTICE OF CANCELLATION OF INSURANCE

Filed with the Washington Metropolitan Area Transit Commission
1828 L Street, N.W., Suite 703, Washington, DC 20036-5104

This is to advise that Policy No. __RDC 313-71-946__ issued

to __THE VOICE OF SOCIAL CONCERN ASSOCIATION, INC.__
(Motor Carrier Name)

of __3636 16TH STREET, NW, WASHINGTON, DC  20010__
(Motor Carrier Address)

by __NEW HAMPSHIRE INSURANCE COMPANY__,
(Insurance Company Name)

including any and all endorsements forming a part thereof or certificates issued in connection therewith, is hereby cancelled, as of 12:01 a.m. Eastern Standard Time on __12/28/05__, or thirty (30) days after receipt of this notice by the Commission, whichever comes later.

Issued by __NEW HAMPSHIRE INSURANCE COMPANY__

(Issuing Office - Full Name of Agent or Branch)

at __600 KING STREET, 7TH FLOOR, STE.NHIS, ONE ALICO PLAZA, WILIMINGTON, DE. 19801__
(Complete Business Address of Issuing Office)

_____
Authorized Signature

__FRANK ALBRIGHT__
Typed or Printed Name

Dated this __22__ day of __November__, 20 __05__.

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF HEALTH



Senior Deputy Director
for Health Care Finance

### Summation Conference

FACILITY:   Voice of Social Concern (Transportation)
ADDRESS:    3636 16th Street, N.W.
            Washington, DC 20010

Date(s) of review    April 22, 2004

Records Reviewed

Signatures and Titles of Attendees:

Dorcas Jones RN
Gloria Patton RN
Motifa Morgan RN
Ernest Gooding, M.A.
Akurse Nwokoye