

UNITED STATES POSTAL INSPECTION SERVICE

WASHINGTON DIVISION

January 25, 2005

I, _Jolly Anaba_, Council, acting on behalf of Akiuber Ndoromo James, aka Akube Wuromoni Ndoromo, have received the following items from the U.S. Postal Inspection Service in regards to the seizure of a 2001 Chevrolet Express (DC Tag B40149 and VIN# 1GAHG39R211120100).

- Miscellaneous documents, receipts, business cards, etc.

_____          01/21/05
Signature of Recipient              Date of Receipt

_Brian J. Evans_                    1/21/05
Witness                             Date

10500 LITTLE PATUXENT PKWY
COLUMBIA MD 21144-3509
TELEPHONE: 410-715-7700
FAX: 410-715-7788



UNITED STATES POSTAL INSPECTION SERVICE

WASHINGTON DIVISION

January 25, 2005

I, ~~Jolly Anaba~~, Council, acting on behalf of Akiuber Ndoromo James, aka Akube Wuromoni Ndoromo, have received the cash described below from the U.S. Postal Inspection Service in regards to the seizure of a 2004 Land Rover Discovery II (DC Tag CB2367 and VIN# SALTR19434A829815). This money was found inside the vehicle during inventory and recorded on PS Form 717, Currency Verification Sheet, which identifies the currency contained on PS Form 715 #A00236975.

- 13 $1 bills = $13.00
- 5 dimes   = $0.50
- 1 nickel  = $0.05
- 31 pennies = $0.31

  TOTALING = $13.86

_____          01/21/05
Signature of Recipient            Date of Receipt

_Brian J. Evans_                   1/21/05
Witness                            Date

10500 LITTLE PATUXENT PKWY
COLUMBIA MD 21144-3509
TELEPHONE: 410-715-7700
FAX: 410-715-7788



UNITED STATES POSTAL INSPECTION SERVICE

WASHINGTON DIVISION

January 25, 2005

I, __JOLLY ANABA__, Council, acting on behalf of Akiuber Ndoromo James, aka Akube Wuromoni Ndoromo, have received the following items from the U.S. Postal Inspection Service in regards to the seizure of a 2004 Land Rover Discovery II (DC Tag CB2367 and VIN# SALTR19434A829815).

- Miscellaneous CDs
- Miscellaneous papers and receipts
- Business cards
- A pair of sunglasses
- Cell phone recharger and headset
- Adidas visor
- Towels
- Mini tapemeasure
- Razor scraper
- Valve caps

_____   
Signature of Recipient

1/21/05   
Date of Receipt

_____   
Witness (Brian J. Evans)

1/21/05   
Date

10500 LITTLE PATUXENT PKWY  
COLUMBIA MD 21144-3509  
TELEPHONE: 410-715-7700  
FAX: 410-715-7788