☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 |
|---|---|---|
| GOVT. OF DISTRICT OF COLUMBIA<br>DEPARTMENT OF HEALTH<br>2100 M.L. KING AVE S.E.<br>SUITE 302<br>WASHINGTON, D.C. 20020 | $<br><br>2 Royalties<br>$<br><br>3 Other income<br>$ | **2004**<br>Form **1099-MISC**<br>Miscellaneous Income |
| | 4 Federal income tax withheld<br>$ | Copy B<br>For Recipient |
| PAYER'S Federal identification number 53-6001131 | RECIPIENT'S identification number 311612946 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>510,675.00 | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code<br>THE VOICE OF SOCIAL CONCERN A<br><br>AKIUBER NDOROMO JAMES<br>3436 16TH ST., NW #B1235<br><br>WASHINGTON    DC 200100000 | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 ///// | 12 ///// | |
| Account number (optional) | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15 | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC**         (Keep for your records.)         Department of the Treasury - Internal Revenue Service

| | | | | |
|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>GOVT. OF DISTRICT OF COLUMBIA<br>DEPARTMENT OF HEALTH<br>2100 M.L. KING AVE S.E.<br>SUITE 302<br>WASHINGTON, D.C. 20020 | ☐ CORRECTED (if checked) | | OMB No. 1545-0115<br>**2004**<br>Form 1099-MISC | **Miscellaneous Income** |
| | 1 Rents<br>$ | | | |
| | 2 Royalties<br>$ | | | |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | | Copy B<br>For Recipient |
| PAYER'S Federal identification number  53-6001131 | RECIPIENT'S identification number  311612946 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>334,293.75 | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code<br>THE VOICE OF SOCIAL CONCERN A<br><br>3636 16TH STREET N.W., #B1235<br><br>WASHINGTON  DC  20010000 | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. | |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | | |
| | 11 | 12 | | |
| Account number (optional) | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | | |
| 15 | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ | |

Form **1099-MISC**         (Keep for your records.)         Department of the Treasury - Internal Revenue Service