UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKUBE WUROMONI NDOROMO,             )<br>                                                             )<br>            Plaintiff,                              )<br>                                                             )          No. 06-CV-150 (EGS)<br>        v.                                           )                    **ECF**<br>UNITED STATES OF AMERICA, ET AL.,  )<br>                                                             )<br>            Defendants.                        )<br>_____)  | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendants respectfully request for an extension of time from May 26, 2006, to June 23, 2006, to respond to *pro se* Plaintiff Akuebe Wuromoni Ndoromo's Complaint. Pursuant to Local Rule 7(m), the undersigned attempted to contact Plaintiff to seek consent for this Motion; however, Plaintiff's two telephone numbers listed on his Complaint and the Docket (202-234-2313 and 202-215-1158) have been disconnected or are not in service.

There is good cause to grant this motion. Plaintiff's convoluted and rambling Complaint appears to claim that the federal government and various individual officials engaged in a conspiracy to deprive him of his property by instituting asset forfeiture proceedings against him and his organization, Voice of Social Concern Association, Inc. ("VSCA"). See Dkt. No. 1. It appears that Plaintiff is the founder and executive director of VSCA. Defendant is in the process of evaluating the numerous factual issues raised in Plaintiff's Complaint. Defendant needs additional time to complete that evaluation process to prepare an appropriate response to Plaintiff's Complaint.

For these reasons, the Court should grant an extension of time from May 26, 2006, to

June 23, 2006, for Defendants to respond to Plaintiff's Complaint.

Dated: May 25, 2006.                    Respectfully Submitted,

                                                  /s/
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

                                                 /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                                                 /s/
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendants

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AKUBE WUROMONI NDOROMO, )<br>                                                    )<br>          Plaintiff,                            )<br>                                                    )   No. 06-CV-150 (EGS)<br>     v.                                          )          **ECF**<br>UNITED STATES OF AMERICA, ET AL.,  )<br>                                                    )<br>          Defendants.                      )<br>_____) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR
AN EXTENSION OF TIME**

Upon consideration of Defendants' Motion for An Extension of Time and the entire record herein, it is this _____ day of _____, 2006

ORDERED that Defendants' Motion for An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendants shall have up and including June 23, 2006, to respond to Plaintiff's Opposition.

SO ORDERED.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on May 25, 2006, service of the foregoing Defendants' Motion for Extension of Time was made via the Court's Electronic Case Filing System and by first class, postage prepaid mail to pro se plaintiff addressed as follows:

Mr. Akube Wuromoni Ndoromo
3636 16th Street, N.W., Apt. B1235
Washington, D.C.  20010

/s/
JOHN C. TRUONG
Assistant United States Attorney