# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKUBE WUROMONI NDOROMO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 06-CV-150 (EGS) |
| v. ) | **ECF** |
| UNITED STATES OF AMERICA, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Defendants respectfully request for an extension of time from June 23, 2006, to July 14, 2006, respond to *pro se* Plaintiff Akuebe Wuromoni Ndoromo's Complaint. Pursuant to Local Rule 7(m), the undersigned attempted to contact Plaintiff to seek consent for this Motion; however, Plaintiff's two telephone numbers listed on his Complaint and the Docket (202-234-2313 and 202-215-1158) have been disconnected or are not in service.

There is good cause to grant this motion. Defendants are in the process of evaluating the Plaintiff's convoluted Complaint, which asserts a myriad of issues. Defendants have not completed this evaluation because of the undersigned's other work commitments. Specifically, the undersigned is currently involved in deposition discovery that has consumed more time than anticipated. Therefore, Defendants need additional time to complete the evaluation of the allegations to prepare an appropriate response.

For these reasons, the Court should grant an extension of time from June 23, 2006, to July 14, 2006, for Defendants to respond to Plaintiff's Complaint.

Dated: June 22, 2006.                    Respectfully Submitted,

                                                   /s/
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

                                                   /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                                                   /s/
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AKUBE WUROMONI NDOROMO, )  )  Plaintiff, )  )  v. )  UNITED STATES OF AMERICA, ET AL., )  )  Defendants. )  _____) | No. 06-CV-150 (EGS)  **ECF** |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR**
**AN EXTENSION OF TIME**

Upon consideration of Defendants' Motion for An Extension of Time and the entire record herein, it is this _____ day of _____, 2006

ORDERED that Defendants' Motion for An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendants shall have up and including July 14, 2006, to respond to Plaintiff's Opposition.

SO ORDERED.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on June 22, 2006, service of the foregoing Defendants' Motion for Extension of Time was made via the Court's Electronic Case Filing System and by first class, postage prepaid mail to pro se plaintiff addressed as follows:

Mr. Akube Wuromoni Ndoromo
3636 16th Street, N.W., Apt. B1235
Washington, D.C.  20010

/s/
JOHN C. TRUONG
Assistant United States Attorney