**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AKUBE WUROMON NDOROMO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-CV-150 (EGS) |
| v. | ) | **ECF** |
| UNITED STATES OF AMERICA, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |

**DEFENDANTS' MOTION TO CONSOLIDATE AND TO STAY PROCEEDINGS**

Pursuant to Local Rule 40.5(d), Defendants respectfully move to consolidate the above-captioned case with <u>United States v. $455,273.72 in Funds From Bank of American (Claimant: Akube Wuromoni Ndoromo)</u>, No. 05-0356 (filed Feb. 18, 2005 D.D.C.) (Sullivan, J.) (hereinafter "2005 Civil Case") and to stay further proceedings in this case. On July 19, 2006, this Court stayed all proceedings in the 2005 Civil Case pending a resolution of the currently pending 2006 criminal indictment against Mr. Akube Wuromon Ndoromo, the *pro se* plaintiff in this case.

Although Local Rule 7(m) requires that the parties confer before filing any non-dispositive motion, given the fact that Mr. Ndoromo is under indictment by this Office in a related matter and is represented in that matter by a federal public defender, the undersigned did not contact Mr. Ndoromo. The undersigned took this course of action out of an abundance of caution to ensure there can be no claimed violation of D.C. Rule of Professional Conduct 4.2 pending clarification of Mr. Ndoromo's representation in the above-captioned matter. The

undersigned left a voicemail with the public defender but has not heard from him.[1]

As shown below, the facts underlying both the above-captioned action and the 2005 Civil Case are so intertwined that a consolidation of both of these two cases is appropriate.

## I.    Background.

In August 2004, special agents for the U.S. Department of Health and Human Service conducted an investigation that uncovered that Mr. Akube Wuromoni Ndoromo and his transportation business, the Voice of Social Concern Association Inc. ("VSCA"), engaged in a scheme to defraud the District of Columbia Medicaid by submitting false billing for transportation services, which Mr. Ndoromo and VSCA claimed to have provided but in fact were not rendered.  See 2005 Civil Case (Dkt. No. 1).  As a result of this investigation in February 2005, the United States filed an *in rem* civil action under 18 U.S.C. § 981(a), which provides for the forfeiture of property derived from proceeds traceable to a violation of federal law.  See 2005 Civil Case (Dkt. No. 1).  The 2005 Civil Case seeks to forfeit certain assets and money held in bank accounts under the name of VSCA, for which Mr. Ndoromo had signatory authority.  Id.  The 2005 Civil Case was assigned to this Court.

Moreover, as a result of the investigation, on January 25, 2006, the federal government indicted Mr. Ndoromo for, *inter alia*,  health care fraud, wire fraud, and money laundering.  See U.S. v. James, No. 06-CR-019 (filed Jan. 25, 2006 D.D.C.) (Sullivan, J.) (Dkt. No. 1) (2006

---

[1]    In any event, on previous occasions, the undersigned attempted to contact Mr. Ndoromo by calling the two telephone numbers listed on his Complaint and the Docket (202-234-2313 and 202-215-1158), but those number have been disconnected or are not in service. Furthermore, mails sent to Mr. Ndoromo's two last known addresses, as listed in the Docket and Complaint, returned unclaimed.

Criminal Case). The federal government subsequently filed a superceding indictment on February 1, 2006. See 2006 Criminal Case (Dkt. No. 3). This criminal matter was also assigned to this Court.

While these two cases are pending before this Court, on January 30, 2006, proceeding *pro se*, Mr. Ndoromo filed a civil action against the federal government, naming President George W. Bush, Attorney General Alberto Gonzales, and U.S. Attorney Kenneth Wainstein as defendants. See Dkt. No. 1 ("2006 Civil Case"). This 2006 Civil Case seeks to recover the money and assets that the federal government seized from Mr. Ndoromo. Id. The Complaint alleges that the federal government improperly seized his money and assets. Id.

In response to Mr. Ndoromo's Complaint, defendants moved for an extension of time until July 14, 2006, to respond to his Complaint. See 2006 Civil Case (Dkt. No. 7). To date the Court has not ruled on the said motion.[2] On July 19, 2006, the Court stayed all proceedings in the 2005 Civil Case pending a resolution of Mr. Ndoromo's 2006 criminal case. See 2005 Civil Case July 19, 2006 Minute Order.

## II.    Argument

Mr. Ndoromo's 2006 Civil Case should be consolidated with the 2005 Civil Case because these two cases involve the same set of facts, namely the two cases deal with the seized money and assets belonging to Mr. Ndoromo and VSCA.

Local Rule 40.5(a)(3) states, in pertinent part, that "[c]ivil . . . cases are deemed related

---

[2]       Defendants intended to file this Motion for Consolidation on July 14, 2006; however, the undersigned inadvertently mis-calendared the deadline as August 14, 2006. Accordingly, pursuant to Fed. R. Civ. P. 6(b)(2), Defendants respectfully request the Court extend the time from July 14, 2006, to August 4, 2006, for Defendants to file this Motion.

when the earliest is still pending on the merits in the District Court and they (i) relate to common property, or (ii) involve common issues of fact, or (iii) grow out of the same event or transaction." LCvR 40.5(a)(3). Here, both the 2005 Civil Case and 2006 Civil Case are related. Specifically, both cases deal with the same money and assets (i.e., common property) derived from proceeds traceable to Mr. Ndoromo's and VSCA's alleged violation of federal statutes. In fact, the Docket Report for the 2006 Civil Case indicates that the 2005 Civil Case is a related case. See 2006 Civil Case Docket Report.

Moreover, both cases involve the same parties and the same investigation that led to the federal government seizing the money and assets from Mr. Ndoromo and VSCA. Finally, the prosecution and defense of these two cases will involve the same alleged fraudulent transactions specified in the 2006 Criminal Case and the 2005 Civil Case. Under these facts, the Court should consolidate these two cases and, like the 2005 Civil Case, stay all proceedings in the 2006 Civil Case pending resolution of the criminal matter.

## III.   Conclusion.

For the foregoing reasons, the Court should consolidate this case with the 2005 Civil Case as these two cases are related and stay proceedings of the 2006 Civil Case until Mr. Ndoromo's related criminal matter is resolved.


Dated: August 4, 2006.                    Respectfully Submitted,

                                 _____/s/_____
                                 KENNETH L. WAINSTEIN, D.C. BAR #451058
                                 United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


_____/s/_____
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendants

5

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AKUBE WUROMONI NDOROMO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-CV-150 (EGS) |
| v. | ) | **ECF** |
| UNITED STATES OF AMERICA, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**Order Granting Defendants' Motion to Consolidate and to Stay Proceedings**


Upon consideration of Defendants' Motion to Consolidate and to Stay Proceedings and

the entire record herein, it is this _____ day of _____, 2006

ORDERED that  Defendants' Motion to Consolidate and to Stay Proceedings be and is

hereby GRANTED;

IT IS ORDERED that the above-captioned action is CONSOLIDATED with Civil Action

No. 05-CV-356 (EGS); and

IT IS FURTHER ORDERED that the above-captioned action be and is hereby STAYED

until further order from the Court.

SO ORDERED.


_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 4, 2006, service of the foregoing

**Defendants' Motion to Consolidate** was made via the Court's Electronic Case Filing System

and by first class, postage prepaid mail to <u>pro</u> <u>se</u> plaintiff addressed as follows:


Mr. Akube Wuromoni Ndoromo
3636 16th Street, N.W., Apt. B1235
Washington, D.C.  20010

and

P.O. Box 73755[1]
Washington, D.C.  20056


                                        _____/s/_____
                                        JOHN C. TRUONG
                                        Assistant United States Attorney

---

    [1]      Mails sent to these addresses have been returned unclaimed; however, these are
Mr. Ndoromo's last known addresses.